UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

In re:

CRESCENT RESOURCES, LLC,

          **Debtor.**

---

R. PERRY OVERSTREET,
GEORGE RANDALL,

          **Plaintiffs,**

          v.                        Civil No. 3:10-cv-01430-AA

JOINT FACILITIES MANAGEMENT, LLC,

          **Defendant,**

---

## ORDER

Pursuant to the Motion to Dismiss Plaintiff's Complaint filed on June 14, 2011, and the Court now being fully advised. It is hereby ordered that Plaintiff's Motion to Dismiss Complaint is allowed and this action is dismissed. .

Dated: June 16, 2011.

                                                  ANN AIKEN, Chief Judge
                                                  United States District Court

**ORDER - Page 1**